AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-00160 |
| | ) Assigned To : Judge Tanya S. Chutkan |
| | ) Assign. Date : 4/1/2024 |
| LEAH EVA GREEN, | ) Description: INFORMATION (A) |
| a/k/a LEAH GRUPPO | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **LEAH EVA GREEN**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☑ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

40 U.S.C. § 5104(e)(2)(D), (Disorderly Conduct in a Capitol Building or Grounds; 40 U.S.C. § 5104(e)(2)(G), (Parading, Demonstrating, or Picketing in a Capitol Building)

Date:   04/01/2024

*Issuing officer's signature*

Zia M. Faruqui

City and state:   Washington, DC

Hon. Judge Zia M. Faruqui
*Printed name and title*

### Return

This warrant was received on *(date)* 4/2/2024, and the person was arrested on *(date)* 4/5/2024
at *(city and state)* Lubbock, TX.

Date: 4/5/2024

*Arresting officer's signature*

David Bolyard, Special Agent
*Printed name and title*