UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 24-cr-160 (TSC) |
| | ) | |
| LEAH EVA GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

Defendant , by and through her attorney, Lindsey Law Firm, L.L.C., Daniel R. Lindsey, respectfully submits this sentencing memorandum in connection with the above-captioned matter. For the reasons set forth herein, the Defendant requests that this Court sentence Leah Green to three months (3) probated sentence and $500 in restitution.

## **INTRODUCTION**

Leah Green is 27 years old, 5'1 and resides in Dallas, Texas with her husband Leonard Gruppo, a physician assistant. She is married and has one 18 month old child. Ms. Green was raised in El Paso, Texas by her parents, and she had a good childhood. Leah has her master's degree in business administration, and she has been self-employed since 2021. She recently received a major promotion at her job to regional market consultant.  Leah has no issues with mental health or substance abuse.

1

**<u>FACTS</u>**

Mrs. Green decided to go to the capital at the request of her husband Leornard Gruppo and because her grandmother lived in the area and she wished to visit her. Mrs. Green and her husband traveled from Clovis, New Mexico to Washington, D.C., and stayed at a hotel close by the capital. Mrs. Green and her husband went to the Ellipse to see the President Speak. There was a very large crowd at the rally. She followed her husband and his friend Dr. Kelly to the capital. They ended up on the northwest side of the capital as indicated in Figure A, overhead of capital with red arrow.



*Figure A*

Mrs. Green and her husband arrived at this grassy area about 2 and ½ hours before they entered the capital. Mrs. Green and her husband got separated briefly and Mrs. Green approached a police line that was blocking the front west inner-side of the capital on the terrace.

Mr. Green followed her husband Leonard Gruppo up the north side of the capital steps, behind the scaffolding that was erected for the inauguration. Indicated in *figure B & C.*



*Figure B.*

Mrs. Green, her husband and Dr. Kelly walked up the stairs from there, to the terrace and did not cross any police lines, the lines were formed later in time.



*Figure C.* Front view of path taken

There was a line of capital police that formed on the terrace just south of the North Senate Wing Door after Mrs. Green and her husband arrived, indicated on *Figure D* by the yellow line and is consistent with the video provided by the Government, *Emolli MVI 2400. MP4"dl=0*. There is no indication in the video that Leah Green was close to or saw any of the altercations on the video. The officers stopped their advance at the yellow line and Mrs. Green admits that at that time she was at the line but did not cross this line and moved back but due to the large crowd flowing from the north, (as indicated by the red arrow, and the *Emolli video*)  followed her husband and Dr. Kelley into the Senate west wing door indicated by the green arrow in *Figure D*.



Imagery ©2024 Airbus, Map data ©2024

*Figure D*

As indicated from the *Emolli video,* there was a very large crowd flowing

from the North to the south along the north side of the capital, in the area shown

from a still of that video, *Figure E* as indicated by the red arrow. And it was not

possible or safe to use that only exit on the terrace as asserted by the Government

sentencing memo, Page 4, line 7-9. ("Instead of trying to exit the grounds (such as by

walking north, away from the police line), Green regrouped with Gruppo and Kelly and followed them into the building."



*The only exit from the terrace was clogged with a mass of people flowing north to south then East directly into the East Senate Wing door (blue arrow indicating way to Senate wing door, there was no exit south with line of officers blocking south routes)*

*Figure E*

Mrs. Green, her Husband Leonard Gruppo and Dr. Kelly all entered into the Senate Wing door indicated by the yellow arrow in *Figure F*, below.



*Figure F,*

*Senate Wing door where Mrs. Green, Leonard and Dr. Kelly entered the capital*

*(no police officers, barricades or anyone blocking that entryway. Leonard Gruppo*

*indicated by Green Arrow.)*

In the Governments sentencing memorandum, Page 4, they claim in Image 3 that Mrs. Green "…was up against the line as rioters resisted officers' efforts to clear the Upper West Terrace (sent'g Ex. 1 at approx. 1:11). This assertion is not accurate. A review of the *Emolli MVI 2400. MP4"dl=0* video, shows that at that point the officers had established a clear line and were not advancing. It was extremely loud and there is no evidence that Mrs. Green was told anything by officers. She moved back to where her husband was and because the north exit was

extremely clogged and not safe to attempt, they made the fateful decision to enter the capital.

At approximately 3:00 p.m., Mrs. Green, followed her husband and his friend Dr. Kelly into the Capitol building through the Senate Wing door. No police lines were crossed.  Mrs. Green, her husband, and his friend proceeded to the Crypt, to the House Wing Door, and then to the Hall of Columns and exited the Capitol building through the South Door at approximately 3:07 p.m.  In total, the defendant spent approximately seven minutes inside the Capitol building.[1]

Almost 4 years ago, Mrs. Green had a mobile phone when she entered the Capital and was taking pictures and filming. At the time of the voluntary interview with FBI Agent Bolyard and Governments counsel on July 24, 2024, Mrs. Green did not have her old phone as she got a new one and did not save any of the photos or video that she took.  She honestly deleted the photos and video as she didn't want anyting to do with the January 6, insurrection. The government took almost three (3) years to charge her, although they knew she was with Mr. Gruppo at the capital that day, and only now call her a liar about her memory. No government official asked for Mrs. Green to preserve her phone or the contents therein.  Had they done so, she would have cooperated and made diligent efforts to do so, but in America, a criminal defendant is never required to prosecute themselves. The

---

[1] The Government has never provided audio from inside the capital and therefore any speculation as to what was said in the capital is speculation.

Burden is on the Government and that burden never shifts to the Defendant. This burden shifting by the Government is unacceptable.

*Charges and Plea Agreement*

Almost three years ago, Mrs. Green was disclosed and identified to FBI Agent Boylard in a voluntary interview on ***September 22, 2021*** given by Mrs. Greens husband. The Government is well aware of this fact.   ***Mr. Gruppo voluntarily told FBI Agent Boylard and Government Counsel*** in a recorded interview, that his wife (Mrs. Green) was with him and Dr. Kelly when they were at the Ellipse and entered the Capital on January 6, 2020. ( *United States v. Kenneth Kelly* #21-cr-331)

Mr. Gruppo, and his wife Leah have waited almost three years (3) for the government to come calling.  They both have been cooperative in all aspects of his case, as well as Leah's present case.  Mr. Gruppo turned himself in to law enforcement and sat for an interview with the House Select Committee investigating the January 6th riots.[2] Just as her husband cooperated, she has cooperated. She turned herself in, she gave up valuable constitutional rights and gave a statement to the government.  She has complied with all conditions of

---

[2] Mr. Gruppo, with his wife Leah's urging, cooperated with the Select Committee to Investigate the January 6th Attack on the United States Capital. He gave a voluntary statement to Kevin S. Elliker and Sandeep Prasanna, Investigative Counsel for the Committee on October 12, 2021 and has expressed a willingness to cooperate further if needed.

release, and she is very remorseful.  When counsel for the Government called

almost three years later regarding Leah Green, full cooperation has been readily

given. She turned herself in, entered a plea agreement, waived valuable sacred

constitutional rights, gave an honest statement to the FBI and the Assistant United

States Attorney to the best of her memory and complied with every aspect of her

release and the United States probation office.

Mrs. Green did not engage in any violence and did not see any violence. She

is 5 foot 1 inch tall petite lady who cannot see over anyone or through the crowds

that day.  She would never harm anyone.  She did not break or damage anything.

She did not engage in chants or slogans. She did not carry signs or posters and

never brandished a weapon of any kind.  She followed her husband to support him.

She made a mistake and accepts full responsibility for what she has done.


## STATUTORY AND GUIDELINE ANALYSIS

**Statutory Penalties**

The defendant is to be sentenced on a  one count of Disorderly Conduct in a

Capital Building or Grounds, 40 U.S.C. § 5104 (e)(2)(D)single count of 40 U.S.C.

§ 5104(e)(2)(G) and one count of Parading, Demonstrating, or Picketing in a

Capitol Building, 40 U.S.C. § 5104 (e)(2)(G). As noted by the plea agreement and

the U.S. Probation Office, the defendant faces up to six months of imprisonment

and a fine of up to $5,000.00 on each count. . As discussed below, the defendant

must also pay restitution under the terms of his plea agreement. *See* 18 U.S.C. §

3663(a)(3); *United States v. Anderson*, 545 F.3d 1072, 1078-79 (D.C. Cir. 2008).

As this offense is a Class B Misdemeanor, the Sentencing Guidelines do not apply.

18 U.S.C. § 3559; U.S.S.G. § 1B1.9.

**SECTION 3553(a) FACTORS**

18 U.S.C. § 3553(a) mandates that a court "impose a sentence sufficient, but not

greater than necessary, to comply with" federal sentencing goals. In imposing a

sentence that is"sufficient, but not greater than necessary," the court should look to

the statutory factors listed under Section 3553. These factors include:

**1. Nature and circumstances of the offense and history and**

**History and characteristics of Mrs. Green.**

What happened at the Capital was horrible. There is no dispute here. The

violence against Capital Police officers, damaging the capital grounds and invading

one of the most sacred places of our Democracy, by many to overthrow a legal and

valid election.  Mrs. Green and her husband were not one of those people. Leah

Green did not engage in any violence; did not break anything or break or remove

any barrier; did not confront or fight with police. She did not enter any offices; did

not enter the House or Senate floor; she did not take any "souvenirs;" or engage in

conduct that has been exhibited on news accounts or in other capital riot cases. She

was unable to see those events because of the position she was in on the north side of the Capital steps and her small stature of 5 feet 1 inch and with this limited view obscured by the scaffolding and steps. When she saw the news accounts, she was ashamed of being there.

She is not affiliated with any organized or extremist group. E.g., the Proud Boys, militiamen, white supremacist, anti-maskers, etc. She was brought to the attention of the authorities almost three (3) years ago and fully and completely cooperated in every respect with the Government (after years of waiting, and significant stress) willingly giving up sacred constitutional rights with nothing promised to her in exchange. She, for all intents and purposes, was on probation with her husband for 24 months. Gave up her firearms and cooperated with assisting her husband in all aspects of his probation and requirements. Leah's intent was to support her husband and to see her grandmother.

Leah is remorseful for what has happened.

## HISTORY AND CHARACTERISTICS OF MRS. LEAH GREEN

By all accounts, Mrs. Green has been an exemplary wife, mother and citizen. She has an 18-month-old son. She has no criminal history and has been employed since 2021 as a consultant. She has a master's degree in business administration, and she just received a major promotion as a regional representative for her marketing company. She had to move to another state when her husband was

charged back in 2021 and has since completed his probation.  She has cooperated

extensively with her husband's two (2) years of probation and her family has

suffered over $300,000.00 in losses since he was charged, convicted and

successfully served his probation. [3] She has complied with her conditions of

release, even though she had to relocate due to her husband losing his previous job

at a regional emergency room in New Mexico.

### NEED TO AVOID SENTENCING DISPARITIES

The two people that Mrs. Green followed that day into the capital received

probated sentences.

Mrs. Green's husband, Lenny, in *United States v. Gruppo,* #21-391 (BAH)

Judge Howell sentenced him on a single count of Parading, Demonstrating, or

Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G)  to twenty-four months

probation, 90 days home confinement and a fine of $3,000.00 and restitution of

$500.00 and he successfully completed probation.

Their friend, Dr. Kelly, in *United States v. Kelly,*  #21-331 (CKK), Judge Colleen

Kollar-Kotelly sentenced him on a single count of Parading, Demonstrating, or

Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G) to Twelve (12) months

probation, (6) days home detention. The Government claims in their sentencing

memorandum that Mr. Kenneth Kelly had a significant mitigating factor: "he

---

[3] Mrs. Greens husband, Leonard Gruppo, wrote a letter on behalf of Mrs. Green. Attached as Exhibit A.

assisted in identifying and facilitating Gruppo's self-surrender, while accepting

responsibility for his own actions." Page 16 lines 11-12.  This statement from the

Government is not accurate.  Mr. Kelly was not involved in any way with Mr.

Gruppo's self-surrender or identification of Mr. Gruppo.

      Undersigned counsel was intimately involved in Mr. Gruppo's identification

and surrender of Mr. Gruppo.      Counsel for Mr. Gruppo emailed Hava Mirell and

Jeffrey Haag, both Assistant United States Attorneys on Monday, May 17, 2021 @

4:12 p.m. @ hava.mirell@usdoj.gov and jeffrey.haag@usdoj.gov and stated the

following:

"Hava Mirell
Assistant United States Attorney

Counsel:

Thank you for speaking to me last week in reference to Kenneth Kelly and UM1 in the statement of facts attached. My client wishes to identify himself as UM1,  the man with the sunglasses in the "Screen Capture 1" and Surveillance Photo 3 in the attachment. He is a medical provider and was invited to the capital rally by Mr. Kelly. His name is: Leonard Gruppo and his d.o.b. is November 30, 1964. He was not involved nor did he witness any violence at the rally or the capital. He is currently in Lubbock Texas and would like to turn himself in. He is a veteran- Former Green Beret 14 years, deployed to Korea, Saudi Aribia, Kuwait, Afghanistan, Baghdad Iraq, 27 years in the service. Legion of Merit, Bronze Star etc. He is highly decorated. June 2013 he retired. He has 80% service connected disability. He is ashamed and embarrassed for being associated with what happened there. He held a "Top Secret, specialized compartmentalized Information" clearance for 10 years.

If you would like an interview please let me know the logistics as he wants to cooperate. We would like to accomplish this by next Wednesday the 26th if at all possible. He would like his service to his country to be left out of any pleadings if possible.

Please let me know how you would like to proceed.

Sincerely and Respectfully,

Daniel R. Lindsey, Esq.
Tx Bar# 24001012"

As the court can see from this email, Assistant United State Attorney Hava Mirell, who was lead counsel in this matter and USA Haag did not know who UM1 was and Mr. Gruppo came forward, retained me as counsel to come forward, identify himself and cooperate to turn himself in.  Mr. Kelly's alleged "mitigating fact" is simply not accurate.

It is also notable that the probation office has recommended a term of 12 months (one year) probation, *concurrent terms*, after considering all the sentencing factors. The justifications for that recommendation are that…  The recommended special conditions are supported by defendant's personal history and Characteristics. She has appeared for all of her court appearances and is not a flight risk or a danger to the community.  Furthermore, Mrs. Green has been in compliance with her pretrial supervision and the terms of his release.

## <u>CONCLUSION</u>

Mrs. Green recognizes the gravity of her behavior on that day  and she has remorse for her conduct. She is not deserving of a prison sentence considering that she did not engage in violence or destruction, was honest in her statement to the FBI and Government Counsel and has waited years with this over her head not

knowing if the Government was going to cite her or not.  Then when they decided to charge her, she fully cooperated, gave up sacred constitutional rights, entered a plea and cooperated with pre-trial services and probation office. She is sorry this happened.

Mrs. Green respectfully requests that after considering all of these factors, the Court impose a sentence of 3 months of probation and restitution. This sentence is sufficient but not greater than necessary. Her family has been punished significantly and she was essentially on probation with her husband, Lenny for 2 years. She had to give up her protection, her firearm, and suffered significant financial injury.  She has been burglarized five (5) times, and this is the reason the this court allowed her to have her firearm during the pendency of this case, and she requests that she be allowed to possess her firearm for protection as she does have a properly issued concealed handgun license issued by the State of Texas. She travels by herself and needs that protection.  She requests that any sentence imposed herein be transferred to the United States District Court of the Northern District of Texas.

**Dated**: August 21, 2024

Respectfully submitted,

Lindsey Law Firm, L.L.C.

By: */s/ Daniel R. Lindsey*
Daniel R. Lindsey
Texas Bar # 24001012
920 Mitchell Street
Clovis, New Mexico 88101
Tel: (575) 763 8900
Fax: (575) 763 1771
E-mail: danlindsey@suddenlink.net
*Counsel for Defendant Leah Green*
*Pro Hac Vice*

*Exhibit A*

18 July 2024

The Honorable Tanya S. Chutkan, District Judge
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
(W) (202) 354-3390
REF: Case/Warrant# 24-CR-160 (TSC)

Dear Judge Chutkan:

I respectfully write to you on behalf of my wife, Leah Gruppo, whose case is coming before your court. I hope to provide you with some additional insight into her case that you may find useful in making your judgment.

Leah is a kind, gentle, caring woman, and a loving wife and mother. It is my fault that she is in this predicament. I take full responsibility. I said as much during my proceedings with Chief Judge Beryl Howell. I went to Washington D.C. with my friend Ken, to support President Trump at his rally. I persuaded Leah to go with us and she reluctantly agreed since it gave her the opportunity to visit her grandmother who lives in the area. Ken and I arrived early to the parade field the morning of the 6th. As the President's speech was approaching, Leah still had not joined us. We went back to the hotel to get her and literally had to drag her out of bed to come. When the rally moved to the Capitol, we went with everyone. Moving with the crowd, we ended up on the back terrace of the Capitol. Shortly after getting there, it became dangerously chaotic as the police suddenly expanded their area of influence pushing the crowd back substantially. I looked around for a way of escape. All of the stairs leading to the terrace where a crush of people. Going down the stairs would literally require walking on top of everyone. Then I saw an open door into the Capitol and people casually walking in unhindered. I thought there must be a way out of the other side of the building, and anxious to leave the terrace and get back to our safe hotel, Ken and I decided to go into the Capitol. Leah followed behind me. Then, we looked for a way out and quickly found one. We were out within 6 minutes. We went to our hotel right after that.

We touched nothing and no one. Yet we were there, and that has proved a seminal event in our lives for which we regret our involvement deeply and are very sorry to have participated at all. I was one of the first people prosecuted for this. I pled guilty and was justly sentenced to 3 months home restriction, 2 years probation, and $3510.00 in fines and fees.

However, this was just the tip of the iceberg. I lost my job and subsequently over $200,000 in income, and counting. Thank God I was able to find some work, but we had to move to another state to do so. Since moving to a new city, we have been burglarized 5 times for a loss of over $10,000. Additionally, I have been sanctioned and fined by all my professional organizations making it very difficult to obtain malpractice insurance and find any work at all. In fact, I have not been able to work in my area of specialization since this happened. Accounting for lawyer's fees, lost income, moving expenses, fines and other related things, we have lost over $300,000 creating substantial financial hardship for us. Further, during the 10 months leading to my trial

and my 2 years of probation, we could not have any firearms or other weapons, and all of them, including Leah's, were kept with a friend, in another state. During that time, I feared for our family.

Our travel was restricted, our relationships disrupted, and for a time, our marriage was severely impacted. The stress of all this has been enormous in so many ways. I would not wish this on anyone.

I realize this is solely my responsibility and the just punishment for my actions. So, I relate all of this to you only to demonstrate what Leah had to go through, at my side, through it all. She may as well have been on probation herself, since all of this directly affected her.
I am very sorry for any pain I caused my fellow countrymen and women. I know that Leah is also very sorry for her participation in these events. Jesus commands that after God, we love one another, and that was not a day of love.

I respectfully ask, with a truly contrite and penitent heart, to consider all of this in making your judgement.

Sincerely,

Digitally signed by Leonard Gruppo
Date: 2024.07.18
20:41:48 -05'00'